UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | No. 2:11-cv-05447-SVW (JEMx) | Date | December 8, 2011 |
|---|---|---|---|
| Title | David Kaplan v. Baxter Healthcare. Inc. et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER ENTERING JUDGMENT PURSUANT TO RULE 68

The Court has received Defendant's Offer of Judgment pursuant to Rule 68(a) (Dkt. No. 58), and Plaintiff's unconditional Acceptance of Defendant's Offer of Judgment. (Dkt. No 59). The Court hereby enters judgment in favor of Plaintiff David Kaplan against Defendant Baxter Healthcare Corporation in the sum of one hundred thousand dollars and zero cents ($100,000.00), which sum shall include any claim for attorney fees awardable by statute, contract or otherwise and any claim for fees payable to expert witnesses or other costs accrued to date that might be recoverable against Defendant. Defendant's Offer of Judgment shall not in any way be construed as an admission of liability or wrongdoing by Defendant.

IT IS SO ORDERED.

:

Initials of Preparer     PMC